

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
MAR 17 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR 07-40081 |
| Plaintiff, | \* | |
| vs. | \* | ORDER |
| RONALD FISCHER, JR., | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is Defendant's Motion to Seal, Doc. 39, wherein Defendant requests the Court to seal Defendant's Proposed Jury Instruction No. 7 due to information regarding a juvenile. Subsequent to the filing of Defendant's Motion to Seal, counsel separately filed a redacted set of Proposed Jury Instructions, Nos. 1-7. As a result of the two filings, the Motion to Seal Proposed Jury Instruction No. 7 is moot. Accordingly,

IT IS ORDERED:

1. That the Defendant's Motion to Seal is denied as moot.

Dated this 15th day of March, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _Shelly Margulies_
DEPUTY